JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE APOLONIO RODRIGUEZ-CRUZ,<br><br>　　　　　Petitioner,<br>　　vs.<br>LINDA SANDERS, Warden, et al.,<br><br>　　　　　Respondent. | Case No. CV 09-07930-GHK (DTB)<br><br>**J U D G M E N T** |

In accordance with the Order re Dismissal of Action for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that the this action is summarily dismissed pursuant to 28 U.S.C § 2241(c)(1).

DATED: **6/13/11**

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

1